**Electronically Filed**
**Supreme Court**
**SCWC-10-0000060**
**07-FEB-2012**
**08:17 AM**

NO. SCWC-10-0000060

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

SCHUYLER G. DECAIRES, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-10-0000060; S.P.P. NO. 10-1-0033; CR. NO. 51238)

ORDER DISMISSING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Upon consideration of petitioner/petitioner-appellant's motion for reconsideration filed on January 30, 2012, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is dismissed.

DATED: Honolulu, Hawai'i, February 7, 2012.

Schuyler G. Decaires,
petitioner/petitioner-
appellant, pro se, on
the motion.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

